

FILED FOR DOCKETING
ED-T
04 SEP -8 PM 2:31
CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED

SEP 0 9 2004

AAF-MCQUAY, INC.
D/B/A AAF INTERNATIONAL,

               Plaintiff,

v.

FILTRATION GROUP, INCORPORATED,

               Defendant.

)
)
)
)
)
)
)
)
)
)
)

**04C 5863**

Civil Action No. _____

JUDGE NORGLE

MAGISTRATE JUDGE LEVIN

## COMPLAINT

      Plaintiff, AAF-McQuay, Inc. d/b/a AAF International ("AAF"), by counsel, for its

Complaint against Defendant, Filtration Group, Incorporated ("Filtration"), complains and

alleges as follows:

INTRODUCTION

      1.     This is an action for infringement of United States Patent No. 6,254,653 entitled

Pleated Fluid Filter Medium Blend (the "'653 Patent"). This action arises under the patent laws

of the United States. This Complaint comprises causes of action for patent infringement,

wherein Filtration has infringed, and continues to infringe, AAF's '653 Patent. AAF seeks

preliminary and permanent injunctive relief; all gains, profits and advantages realized by

Filtration from its infringement; all damages sustained by AAF as a result of the infringement;

the trebling of all damages awarded to AAF as a result of Filtration's willful infringement; and

all costs and fees, including reasonable attorneys' fees, incurred by AAF in this action.

1-1

## THE PARTIES

2.     AAF is a corporation organized and existing under the laws of Delaware, with a principal place of business located at 10300 Ormsby Park Place, Suite 600, Louisville, Kentucky 40223.

3.     Filtration is, upon information and belief, a corporation organized and existing under the laws of Ohio, having its principal place of business at 912 E. Washington Street, Joliet, Will County, Illinois 60433.  Upon information and belief, Richard N. Mueller of 202 S. Cook Street, Suite 205, Barrington, Illinois 60010 is Filtration's Registered Agent for service of process.

## JURISDICTION AND VENUE

4.     This action arises under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*, and between citizens of different states.  Jurisdiction is proper under 28 U.S.C. §§ 1331, 1332, and/or 1338(a).

5.     On information and belief, venue properly resides in the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. §§ 1391(b) and (c), and/or 28 U.S.C. § 1400(b).

## THE '653 PATENT

6.     AAF is the owner of, and claims rights under, the '653 Utility Patent, which was issued by the United States Patent and Trademark Office ("PTO") on July 3, 2001 in the names of inventors Kyung-Ju Choi, Dennis R. Porter and Ronald E. Braswell, said '653 Patent issuing from application serial no. 09/415,302, having a filing date of October 8, 1999.  A copy of the '653 Patent is attached hereto as Exhibit "A" and incorporated by reference herein.

7.     At or around the time of filing of the '653 Patent, the inventors of the '653 Patent assigned all their right, title and interest in and to the '653 Patent to AAF, which Assignment was duly recorded in Assignment Records of the PTO on October 21, 1999 at Reel No. 010543/Frame No. 0620. By virtue of that assignment the '653 Patent was issued to AAF confirming that AAF is the owner of the '653 Patent, as shown on the face of the '653 Patent.

8.     By virtue of its ownership of the '653 Patent, AAF has the exclusive right to, and to authorize others to, make, use, sell or offer to sell, and import into the United States embodiments of the inventions claimed in the '653 Patent. AAF has not authorized Filtration to make, use, sell or offer to sell, or import any device into the United States under the '653 Patent.

9.     AAF has provided actual notice of the '653 patent and Filtration's infringement thereof to Filtration. At all times AAF has complied with the requirements of 35 U.S.C. § 287.

<u>COUNT I—INFRINGEMENT OF THE '653 PATENT</u>

10.    AAF hereby adopts and realleges each and every allegation previously set forth in this Complaint as if fully set forth herein, and further states as follows:

11.    Upon information and belief, Filtration, through its agent or agents, without permission or license from AAF, has unlawfully and wrongfully made, sold or offered for sale, and unlawfully imported, and is now making, selling or offering for sale, and unlawfully importing, in direct competition with AAF within the United States, certain products, namely NovaPleat filters ("NovaPleat"). The NovaPleat contains, embodies and employs the invention(s) described and claimed in the '653 Patent, in violation of AAF's exclusive rights thereunder, and to the great loss and injury to AAF.

-3-

12.     Upon information and belief, Filtration has sold or offered to sell, and continues to sell or offer to sell, and has unlawfully imported into the United States, the NovaPleat for Filtration's own benefit, including regular sales of the NovaPleat within this judicial district, in direct violation of AAF's exclusive rights under the '653 Patent.

13.     Filtration's unlawful making, selling or offering for sale, and unlawful importation; or contributing to the making, using, selling or offering to sell, and unlawful importation; or unlawfully inducing others to make, use, sell or offer to sell, or import the NovaPleat within the United States including regular sales of same within this judicial district constitutes infringement of at least one claim of the '653 Patent.

14.     Upon information and belief, Filtration has derived, received, and will derive and receive from the aforesaid infringement of the '653 Patent, substantial gains, profits, and advantages, including gains profits and advantages from regular sales of infringing devices within this judicial district, in amounts to be proven at trial. As a direct and proximate result of the aforesaid infringement, AAF has been, and will be, greatly damaged and has been, and will be, deprived and prevented from receiving, if such further infringement is not restrained and enjoined by this Court, all the gains and profits to which AAF is lawfully entitled and which they would have derived and received, but for the aforesaid infringement by Filtration.

COUNT II—WILLFUL INFRINGEMENT

15.     AAF hereby adopts and realleges each and every allegation previously set forth in this Complaint as if fully set forth herein, and further states as follows:

16.     Upon information and belief, Filtration had notice and knowledge of the '653 Patent, but despite such notice and knowledge has deliberately made and/or sold and/or offered

to sell and/or unlawfully imported the NovaPleat, and thereby has infringed and continues to infringe, and/or has induced others to infringe and continues to induce others to infringe, and/or has contributed to the infringement and continues to contribute to infringement of the '653 Patent.

17.    Because Filtration has infringed or induced others to infringe or contributed to the infringement of AAF's '653 Patent despite notice and knowledge notice thereof, Filtration's infringement and/or inducement of infringement and/or contributing to the infringement of AAF's '653 Patent has been, and continues to be, willful, deliberate, and in conscious disregard for the rights of AAF under AAF's '653 Patent.

COUNT III—INJUNCTIVE RELIEF

18.    AAF hereby adopts and realleges each and every allegation previously set forth in this Complaint as if fully set forth herein, and further states as follows:

19.    Upon a finding that Filtration's NovaPleat infringe the '653 Patent, AAF is entitled to an order under 35 U.S.C. § 283 enjoining, preliminarily and permanently, Filtration from making, selling or offering for sale, and unlawfully importing such infringing NovaPleat into the United States; or from inducing others to make, use, sell, offer to sell or import into the United States such Filtration infringing products; and from contributing to others' infringement of AAF's '653 Patent.

COUNT IV—ACCOUNTING

20.    AAF hereby adopts and realleges each and every allegation previously set forth in this Complaint as if fully set forth herein, and further states as follows:

21.    AAF is in need of an accounting of all earnings achieved by Filtration as a consequence of AAF's making, selling or offering to sell, and unlawful importation of the

-5-

Filtration NovaPleat which result in infringement of AAF's '653 Patent, and any other products which result in infringement of said patents.

WHEREFORE, AAF respectfully demands:

A.    That Filtration be adjudicated an infringer of the '653 Patent;

B.    That by reason of said infringement and pursuant to 35 U.S.C. § 283, preliminary and/or permanent injunctions be issued restraining and enjoining Filtration and its officers, agents, servants and employees from directly or indirectly making or causing to be made, offering for sale, selling or causing to be sold, or using or causing to be used any product in accordance with or embodying any invention(s) set forth and claimed in AAF's '653 Patent, including but not limited to Filtration's NovaPleat.

C.    That Filtration be directed to account to AAF for all gains, profits and advantages realized by Filtration from its manufacturing and marketing of the Filtration NovaPleat resulting in infringement of AAF's '653 Patent and Filtration's unlawful use and practice of the invention(s) patented in and by the '653 Patent, from the beginning of marketing the NovaPleat, and other products or necessary accessories sold in connection therewith, and other products which infringe the '653 Patent and accessories sold therewith, up to and including the time of trial;

D.    That, in addition, Filtration be ordered to pay to AAF such damages as have been sustained by AAF as a result of said infringement(s) by Filtration;

E.    That all damages awarded to AAF be trebled by the Court pursuant to 35 U.S.C. § 284;

F.    That AAF recover prejudgment interest from Filtration pursuant to 35 U.S.C. § 284 on damages awarded to AAF;

-6-

G.     That Filtration be ordered to pay to AAF its reasonable attorneys' fees pursuant to

35 U.S.C. § 285;

H.     That AAF recover all its other costs and disbursements that may be incurred by

AAF in this action;

I.     That AAF have trial by jury on all issues so triable; and

J.     That the Court grant to AAF such other and further relief as it may deem just,

proper and equitable.

Respectfully submitted,

David M. Frischkorn
S. Richard Carden
MCDONNELL BOEHNEN HULBERT
& BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
(312) 913 0001
(312) 913 0002 (Facsimile)

Of Counsel,

James R. Higgins, Jr.
John F. Salazar
Robert J. Theuerkauf
MIDDLETON REUTLINGER
2500 Brown & Williamson Tower
Louisville, Kentucky 40202-3410
(502) 584-1135
(502) 561-0442 (Facsimile)

COUNSEL FOR PLAINTIFF,
AAF INTERNATIONAL

US006254653B1

(12) **United States Patent**
Choi et al.

(10) Patent No.: **US 6,254,653 B1**
(45) Date of Patent: **Jul. 3, 2001**

(54) **PLEATED FLUID FILTER MEDIUM BLEND**

(75) Inventors: **Kyung-Ju Choi**, Jefferson County, KY (US); **Dennis R. Porter**, Dallas; **Ronald E. Braswell**, Johnson County, both of TX (US)

(73) Assignee: **AAF International**, Louisville, KY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/415,302**

(22) Filed: **Oct. 8, 1999**

(51) Int. Cl.$^7$ ................................................ **B01D 39/16**
(52) U.S. Cl. ................... **55/497; 55/499; 55/500; 55/521; 55/527**
(58) Field of Search ..................... 55/527, 497, 499, 55/500, 521, DIG. 5

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,038,775 | 8/1991 | Maruscak et al. | 128/205.27 |
| 5,531,235 * | 7/1996 | Hassenboehler, Jr. | 131/332 |
| 5,597,645 | 1/1997 | Pike et al. | 96/99 |
| 5,600,974 * | 2/1997 | Schnegg et al. | 66/192 |
| 5,630,856 | 5/1997 | Pfeffer | 55/488 |
| 5,643,653 | 7/1997 | Griesbach, III et al. | 428/120 |
| 5,652,041 * | 7/1997 | Buerger et al. | 428/198 |
| 5,709,735 | 1/1998 | Midkiff et al. | 96/17 |
| 5,800,585 | 9/1998 | Choi | 55/483 |
| 5,820,645 * | 10/1998 | Murphy, Jr. | 55/385.3 |
| 5,855,784 | 1/1999 | Pike et al. | 210/505 |
| 6,074,450 * | 6/2000 | Raber | 55/497 |

OTHER PUBLICATIONS

T54.3 om–94, 1994.

* cited by examiner

*Primary Examiner*—David A. Simmons
*Assistant Examiner*—Robert A. Hopkins
(74) *Attorney, Agent, or Firm*—Polster, Lieder, Woodruff & Lucchesi

(57) **ABSTRACT**

A self supporting pleated fluid filter medium having different fibers to provide pleats sufficiently self supporting to maintain pleated form during fluid filter treatment, the invention further including low melt fiber and an optional support frame and a method of making such pleated filter.

**14 Claims, 3 Drawing Sheets**



Case: 1:04-cv-05863 Document #: 1 Filed: 09/08/04 Page 10 of 19 PageID #:10



Case: 1:04-cv-05863 Document #: 1 Filed: 09/08/04 Page 11 of 19 PageID #:11



FIG 4

FIG 5



FIG 3



US 6,254,653 B1

**1**

# PLEATED FLUID FILTER MEDIUM BLEND

## BACKGROUND OF THE INVENTION

The present invention relates to a flow-through fluid filter medium product and a method of forming and assembling the same and more particularly to a unique and novel air filter blended pleated filter medium which is sufficiently stiff to incorporate self-supporting pleats, a novel filter frame optionally usable therewith for treating high velocity fluid streams and a unique method for producing the inventive product.

Blends of fiber materials for use as fluid filter media have been generally known in the fluid filtration art. For example, it has been known to blend an inexpensive cotton, shoddy material with polyester fibers to form a filter medium. In pleating such blended filter medium, the soft characteristics of the material has required the use of stream interfering back-up materials which have been comparatively expensive in manufacture and assembly and which have added to fluid stream resistance More recently, pleated blended filter media have been employed with comparatively high stiffness ratings in order to avoid the undesirable use of back-up materials. These more recently employed blended materials have been resin bonded and/or needle punched and often have been accompanied by an environmentally undesirable off-gas. Such undesirable off-gas arises mainly from the resin, which is generally used in bonding to obtain the comparatively high stiffness rating—usually with Gurley stiffness values in excess of four hundred (400) milligrams Gurley units are assigned to represent the force required to bend material, such as paper, as calculated by an established equation. The details of Gurley units are explained in a 1994 TAPPI bulletin T543 om-94. This TAPPI method has been adopted and endorsed by the Tag and Label Manufacturers, Inc. (TLMI) and a copy of the TAPPI bulletin is submitted herewith along with copies of U.S. Pat. No. 5,643,653 issued to H. L. Griesbach, III et al on Jul. 1, 1997, which describes a shaped non-woven fabric bonded without compression by an adhesive polymeric component. A number of other patents have issued on arrangements for self-supporting filters, attention being directed to U.S. Pat. No. 5,038,775, issued to J. Maruscak et al on Aug. 13, 19991; U.S. Pat. No. 5,630, 856, issued to J. R. Pfeiffer on May 20, 1997 and U.S. Pat. No. 5,800,585 issued to Kyung-Ju Choi on Sep. 1, 1998, each of which teaches the utilization of a back-up serim or netting for filter medium stiffness. Attention also is directed to U.S. Pat. No. 5,597,645, issued to R. D. Pike et al on Jan. 28, 1997, U.S. Pat. No. 5,709,735, issued to D. G. Midkiff on Jan. 20, 1998; and, U.S. Pat. No. 5,855,784, issued to R. D. Pike et al on Jan. 5, 1999, each of which teaches the use of blended fibers to obtain a filter medium of high stiffness. Further, attention is directed to U.S. patent applications Ser. No. 091176,665, filed Oct. 21, 1998 now U.S. Pat. No. 6,159,318, issued Dec. 12, 2000, and Ser. No. 09/277,795, filed Mar. 27, 1999, now U.S. Pat. No. 6,165,242, issued Dec. 26, 2000, inventor Kyung-Ju Choi, both disclosing certain of the method steps incorporated with the novel method steps herein. Finally, attention is directed to above Bulletin T543 om-94 on "Bending Resistance of Paper (Gurley-type tester)", endorsed by the Tag and Label Manufacturers Institute, Inc. (TLMI).

In accordance with the present invention, a straightforward and economical pleated filter medium product and method of making the same is provided which can be readily and inexpensively manufactured and assembled in a unique and novel manner to produce with a minimum of parts and

**2**

a minimum of steps the inventive pleated filter medium product disclosed herein without the use of undesirable off-gas resins and generally without the past need of costly, resistance forming back-up materials for filtering fluid streams at conventional fluid velocities. The present invention further provides a novel filter frame which optionally can be employed with the unique self-supporting pleated product to enhance pleated filter medium support in the treatment of high velocity fluid streams without wear and tear at the pleated filter medium crests. In addition, the present invention not only recognizes and avoids the use of undesirable off-gas emitting resins in producing the novel product described herein, but provides a unique scoring and controlled heating step at preselected heating temperatures to enhance pleating without the usual synthetic filter material elastic recovery or spring-back of past pleating operations and without the use of past organic solvents and their concomitant undesirable features discouraged by curing with environmentally undesirable off-gas emissions.

Various other features of the present invention will become obvious to one skilled in the art upon reading the disclosure herein.

## BRIEF SUMMARY OF THE PRESENT INVENTION

More particularly the present invention provides a self-supporting pleated fluid filter medium comprising: a blend by weight of preselected different fibers at least one of which is of preselected low melt fiber material with a portion of the low melt fiber material melted into the blend, the blend having at least a sufficient stiffness to provide for self-supporting pleats sufficient to maintain pleat form during an anticipated fluid filtering treatment velocity.

Further, the present invention provides a unique method of forming fibrous filter medium comprising: selecting and disposing in a supply zone a roll of fibrous filter medium composed of a blend of preselected fibers including a preselected portion of low melt fibers with such low melt fibers being capable of melting at a preselected temperature to provide a filter medium blend of sufficient stiffness to provide for self-supporting pleats capable of maintaining pleated form during an anticipated fluid filtering treatment velocity; feeding the blended filter medium at a preselected velocity from the roll in the supply zone through a scoring zone to apply rows of spaced pleat crest score lines thereon; feeding the scored filter medium at a preselected lower velocity to a pleating zone, the lower velocity being sufficiently different to allow the filter medium to fold into pleats along the score lines; and, heat treating the pleated filter medium at the preselected temperature.

In addition, the present invention provides a novel filter frame member comprising: a flat body member having an inner perimeter defining a flow-through passage to receive a passage covering pleated filter medium in sealed relation therewith, the body member including pleat support members extending therefrom to engage in supporting relation along only the side faces of the pleated filter medium in spaced relation from the crests of the pleated filter medium.

It is to be understood that various changes can be made by one skilled in the art in one or more of the several parts and the several steps of the invention disclosed herein without departing from the scope or spirit of the present invention

## BRIEF DESCRIPTION OF THE DRAWINGS

Referring to the drawings which discloses several embodiments of the present invention:

US 6,254,653 B1

3

FIG. 1 sets forth a comparative graph plotting filter efficiency (percentage) against relative particle size (microns) or three inventive sample filter medium blends and a conventional filter medium;

FIG. 2 is a schematic, vertical view of apparatus which can be employed to carry out the inventive method steps of the present invention;

FIG. 3 is an isometric view of one form of filter frame which can be utilized with self-supporting blended fiber pleated filter medium of the present invention;

FIG. 4 is a somewhat reduced isometric view of the upstream side of another form of novel filter frame which can be utilized with self-supporting blended fiber pleated filter medium of the present invention;

FIG. 5 is a similar isometric view of the downstream side of the frame of FIG. 3, disclosing the novel truncated sidewall, pleat support arrangement which can be employed when treating high velocity fluid streams;

FIG. 6 is a portion of a blank which can be folded to provide the novel pleat support arrangement of FIG. 5; and,

FIG. 7 is an isometric view of a portion of a frame body member with the novel pleat support arrangement of FIG. 6 properly folded and an end tab fastened to a side flank of the border frame body member.

DETAILED DESCRIPTION OF THE PRESENT INVENTION

Although blended fiber filter media have been generally known in the filtration art—as has the utilization of melt type fiber materials in such blends, the present invention recognizes that this combined arrangement can be utilized in preselected blend percentages to provide a unique, self-supported pleated filter medium heretofore unknown in the fluid filtering art. In addition, the present invention provides a novel series of method steps to arrive at such novel, blended pleated filter media and a novel frame arrangement for supporting side wall pleat flanks when the destined use of the self-supporting pleated filter medium is with the treatment of high velocity fluid streams.

In accordance with the present invention, three blended samples of unique filter medium were tested to provide the novel self-supporting pleated filter medium along with a conventional pleated filter medium. The three blended samples of the unique self-supporting pleated filter medium and the conventional filter medium were comprised of the following blends:

Sample 1: thirty percent (30%) of six (6) denier fibers, thirty percent (30) of one (1) denier fibers and forty percent (40%) of four (4) denier low melt fibers.

4

Sample 2: thirty to thirty-five percent (30–35%) of six (6) denier fibers, five to 10 percent (5–10%) of one (1) denier fibers and sixty percent (60%) of four (4) denier low melt fibers.

Sample 3: forty percent (40%) of six (6) denier fibers and sixty percent (60%) of four (4) denier low melt fibers.

Conventional: cotton shoddy blended with polyester fibers.

Comparative test data on the three unique filter medium samples above and the conventional filter medium served to provide the following information:

| | Stiffness (mg) | | Av. Efficiency | Resistance | Dust Holding | Basis Weight | Thickness |
|---|---|---|---|---|---|---|---|
| | TD | MD | 3–10 Microns | Initial (H₂O") | Capacity (g) | G/sq m | mm |
| Sample 1 | 1100 | 900 | 60.2 | 0.400 | 85 | 110 | 2.5 |
| Sample 2 | 800 | 500 | 50.8 | 0.322 | 172 | 116 | 3.8 |
| Sample 3 | 900 | 750 | 42.8 | 0.264 | 152 | 122 | 2.8 |
| Conventional | 75 | 70 | 32.0 | 0.333 | 158 | 88 | 3.3 |

As can be seen from the above comparative data, the inventive blend samples proved to provide substantially more Gurley stiffness both along the transverse axis of filter medium emission from a production mill machine (MD) and along the lineal axis of emission from such production mill machine (MD). For example, the inventive blended filter medium Sample 2 comprising thirty (30) to thirty-five (35) percent (%) of six (6) denier fibers, five to ten (5–10) percent (%) of one (1) denier fiber and sixty (60) percent (%) of four (4) denier low melt fibers revealed a Gurley stiffness of eight hundred (800) along the transverse axis of the Sample 2 (800 TD) and Gurley stiffness of five hundred (500) along the lineal axis (500 MD). The conventional filter medium of cotton shoddy blended with polyester fibers, on the other hand, revealed a Gurley stiffness of seventy-five along the transverse axis (75 TD) and a Gurley stiffness along the lineal axis of seventy (70 MD)—comparatively outside the self-supported pleated filter medium range. Moreover, Sample 2 showed a significantly improved average efficiency and dust holding capacity over the afore described conventional filter medium. A further comparative study of the three blended Samples reveals the decided improvement obtained by the blended Samples over conventional medium. In this regard, reference is made to the particle size filter efficiency graph 2 of FIG. 1 and the following table compatible with this graph for the above described inventive filter medium Samples 1, 2 and 3 and the conventional filter medium sample, indicated respectively by the filled circle and dashed line reference numeral 3 for Sample 1, by the unfilled circle and dashed line reference numeral 4 for Sample 2, by the unfilled triangle and dashed line reference numeral 6 for Sample 3 and the "x"ed and full line reference numeral 7 for the conventional filter medium.

| COMPARATIVE PERCENT EFFICIENCIES | | | | |
|---|---|---|---|---|
| Particle | Samples | | | |
| Size (Micron) | 1 | 2 | 3 | Conventional |
| 0.35 | 3.1 | 1.2 | 4.9 | 1.2 |
| 0.475 | 6.1 | 4.4 | 5.6 | 4 |
| 0.625 | 14.2 | 11.6 | 11.2 | 9.5 |

US 6,254,653 B1

5

-continued

COMPARATIVE PERCENT EFFICIENCIES

| Particle | Samples | | | |
|---|---|---|---|---|
| Size (Micron) | 1 | 2 | 3 | Conventional |
| 0.85 | 25.4 | 16.7 | 19.7 | 15.5 |
| 1.15 | 32.1 | 24.2 | 25.8 | 19.3 |
| 1.45 | 39.4 | 28.6 | 29.4 | 20.3 |
| 1.9 | 48.5 | 36.1 | 38.5 | 23 |
| 2.6 | 56.6 | 42.7 | 37.6 | 28 |
| 3.5 | 57.5 | 49.3 | 39.4 | 29.3 |
| 4.75 | 58.9 | 50.1 | 42.5 | 36.3 |
| 6.25 | 61 | 51.3 | 43.9 | 33.2 |
| 8.5> | 63.2 | 52.6 | 45.2 | 29.1 |

From the above data it can readily be seen that the novel Samples 1, 2 and 3, which provide a blend of different fibers, at least one of which is of preselected low melt fiber material, can be of sufficient stiffness to provide for self-supporting filter medium pleats sufficient to maintain pleated form during an anticipated fluid filtering treatment velocity, the inventive Samples 1, 2 and 3 being comparatively more efficient in filtration of different micron size particles than a conventional filter medium with the micron size particles varying from zero point three five (0.35) to as large as eight point five (8.5) microns. Advantageously, the blend by weight can be comprised of at least two different fibers in the approximate range of zero point five (0.5) deniers up to forty (40) deniers. And, as above noted in the charts, the blend by weight of preselected fibers can be comprised of approximately five (5) to fifty (50) percent (%) six (6) denier fibers, zero (0) to forty (40) percent (%) one (1) denier fiber and thirty (30) to ninety-five (95) percent (%) preselected low melt fibers. In still a further embodiment of the present invention the blend by weight of preselected fibers can be comprised of approximately five (5) to fifty (50) percent (%) six (6) denier fibers, zero (0) to forty (40) percent (%) one (1) denier fiber, and thirty (30) to ninety-five (95) percent (%) four (4) denier low melt fibers. It is to be understood that at least one of the different blend fibers can be synthetic fibers, such as a polyester fibers, and that the filter medium blend has a Gurley stiffness of at least approximately four hundred (400) milligrams in accordance with the standards as set forth in above noted bulletin T543 om-94 on "Bending resistance of paper (Gurley-type tester)". In one advantageous embodiment of the present invention, the inventive filter medium blend has a Gurley stiffness along any direction of the novel filter medium in the approximate Gurley stiffness range of four hundred (400) to sixteen hundred (1600) milligrams. And, in still another advantageous embodiment of the invention, a Gurley stiffness for an inventive filter medium has advantageously been along the lineal axis of emission of the novel filter medium blend from a production mill machine (MD) of approximately five hundred (500) milligrams and along the transverse axis of emission of the novel filter medium blend from a production mill machine (TD) of approximately eight hundred (800) milligrams. (See the above chart for Sample 2.). Further, in accordance with still another feature of the present invention, it has been found to be advantageous to have the downstream side of a novel self-supporting, pleated filter medium blend with at least a slightly greater concentration of smaller denier fibers.

Generally, the novel self-supporting pleated filter medium suitable particularly for air filtration is comprised of a blend by weight of preselected fibers comprising approximately

6

five (5) to fifty (50) percent (%) six (6) denier fibers, zero (0) to forty (40) percent (%) one (1) denier fibers, and thirty (30) to ninety-five (95) percent (%) preselected low melt fibers having the downstream side of the filter medium blend with a slightly greater concentration of smaller size fibers, wherein the filter medium blend has a Gurley stiffness along any direction of the medium —lineal or transverse—in the approximate Gurley stiffness range of four hundred (400) to sixteen hundred (1600) milligrams.

Referring to FIG. 2 of the drawings, the novel method of forming any one of the above-described inventive filter medium blends is disclosed. This method includes the step of selecting and discussing from a supply roll zone 8 an inventive blend of preselected fibers. For example, the selected blend can have the afore described Gurley stiffness of four hundred (400) to sixteen hundred (1600) milligrams and approximately five (5) to fib (50) percent (%) six (6) denier fibers; zero (0) to forty (40) percent (%) one (1) denier fiber and thirty (30) to ninety-five (95) percent (%) preselected low melt fibers with the downstream side of the blended filter medium having a slightly greater concentration of smaller size fibers. The selected blend of filter medium can be fed as a continuous filter medium sheet 9 from supply roll zone 8 at a preselected velocity to a roll scoring zone 11 where opposed and aligned scoring rolls 12 with spaced scoring barbs 13 apply rows of transversely spaced pleat crest score lines 14 thereon. Filter medium sheet 9 can then be fed at a preselected lower velocity by conveyor 16 to a pleating and heating zone 17, the lower feed velocity being sufficiently different to allow the scored filter medium 9 to fold into pleats 18 along the spaced score lines 14 The pleats 18 are then heat treated through a suitable heating device 19 positioned on opposite sides of the pleats 18 of pleated filter medium 9. Depending upon the nature of the filter medium blend and the low melt fibers the heating temperatures can be in the range of approximately one-hundred-fifty (150) to three-hundred-fifty (350) degrees Fahrenheit (F°) and with the afore described embodiment for the above described filter medium blend fed as sheet 9 from supply roll zone 8, the heating temperature can be approximately two hundred (200) degrees Fahrenheit (F°) to soften the low melt fibers therein. It is to be understood that any one of several known heating devices can be utilized for heating, including surrounding gas or electric heating plates and/or the forced heated air and opposed perforated distribution plates, such as shown schematically by reference numeral 19. From the pleating and heating zone 17, the pleated filter medium blend can then be passed to a pleat shearing zone 21 to sever the pleated filter medium into self-supporting pleated filter medium units 22, each unit having a preselected number of pleats in accordance with its destined use.

Referring to FIGS. 3, 4, and 5 of the drawings, a pleated filter medium unit 22 is shown assembled in a novel frame member 23 which can be made from any one of several comparatively firm materials, such as cardboard, plastic, wood or thin metal. Frame member 23 includes a body member 24, here shown as rectangular in shape. Body member 24 has an inner perimeter 26 which defines a flow-through passage with an inventive self-supporting pleated filter medium unit 22 covering the flow-through passage and the periphery of the unit 22 being in sealed relation with body member. In FIG. 3, the upstream and downstream face of the body member 24 do not include additional support strips. Optionally, on the upstream side of body member 24 (FIG. 4), spaced flat strips 27 can be provided along the upstream side of frame member 24 to extend transverse the pleats 18 and be joined to opposed

7

8

sides of body member 24. Referring to FIG. 5 which discloses, the downstream side of frame 23, inventive space pleat support strips 28 are disclosed. These spaced strips 28, like spaced upstream strips 27 in FIG. 4, can extend transverse the crests of pleats 18 with opposed ends thereof joined to opposed sides of frame member. In accordance with one novel feature of the present invention and particularly useful when it is known that self-supported pleated filter units 22 are to be utilized to treat high velocity fluid streams spaced support strips 28.

In some instances, flat strips like strips 27 will suffice and if desired can be contoured to augment the self-supported filter medium unit 22. In this regard, spaced support strips 28 can include tabs 29 integral with and extending at preselected angles from the side edges of support strips to nest with side flanks of pleats 8 in a manner similar to tabs 32 disclosed in above mentioned copending patent application, Ser. No. 09/176,665, filed Oct. 21, 1998 by Kyung-Ju Choi. However, in accordance with the present invention, tabs 29 are preselectively truncated at the tips 31 thereof and are shaped to conform with the side flanks of the pleats along one face thereof so as to be spaced from the pleat crests. Thus, pressure and concomitant undesirable wear of filter medium material is avoided at the scored pleat crests but, at the same time, augmented support to the self-supporting pleated filter medium is provided when high velocity fluid streams are to be treated.

In this regard, attention is directed to FIGS. 6 and 7 of the drawings wherein a portion of support strip 28 is disclosed in blank form in FIG. 6 with fold lines indicated by lines 32. Diamond shaped cut-outs 33 can be seen as disposed between opposed spaced longitudinally extending foldable flanks 34. To erect support strip 28, the blank of the support strip can be folded along fold lines 32 with foldable flanks 34 in overlapped position to strengthen the support strip 28. Suitable tabs 36 are provided at opposed extremities of the bland forming, each strip 28, only one of which tabs 36 being disclosed in FIG. 7 as fastened to a side flank of body member 24. It is to be understood that a corresponding opposed tab 36 at the opposed extremity of the blank is fastened to a correspondingly spaced opposed side of body member 24. It also is to be understood that although truncated tips 31 are disclosed in FIGS. 6 and 7, other tip shapes can be employed.

The invention claimed is:

1. A self supporting pleated fluid filter medium including an upstream and downstream side comprising: a blend by weight of preselected different fibers at least one of which is of preselected low melt fiber material with a portion of low melt fiber material method into said blend, said blend having at least a sufficient stiffness to provide for self supporting pleats sufficient to maintain pleat form during an anticipated fluid filtering treatment velocity, said blend by weight of preselected fibres comprising approximately five (5) to fifty (50) percent (%), six (6) denier fibers, zero, (0) to forty (40) percent (%) one (1) denier fibers, and thirty (30) to ninety-five (95) percent (%) preselected low melt fibers.

2. The self supporting pleated filter medium of claim 1, where said blend by weight of preselected fibers comprises at least two different fibers in the approximate range of zero point five (0.5) deniers up to forty (40) deniers.

3. The self supporting pleated fluid filter medium of claim 1, where said blend by weight of preselected fibers comprises approximately thirty (30) to thirty-five (35) percent

(%) six (6) denier fibers, and five (5) to ten (10) percent (%) one (1) denier fiber, and sixty (60) percent (%) four (4) denier low melt fibers.

4. The self supporting pleated fluid filter medium of claim 1, wherein at least one of said different blend fibers is a synthetic fiber.

5. The self supporting pleated fluid filter medium of claim 1, wherein at least one of said different blend fibers is a polyester fiber.

6. The self supporting pleated fluid filter media of claim 1, wherein said filter medium blend has a Gurley stiffness of at least approximately four hundred (400) milligrams.

7. The self supporting pleated fluid filter medium of claim 1, wherein said filter medium blend has a Gurley stiffness along any direction of medium in the approximate Gurley stiffness range of four hundred (400) to sixteen hundred (1600) milligrams.

8. The self supporting pleated fluid filter medium of claim 1, wherein said filter medium blend has a Gurley stiffness advantageously along the lineal axis of emission from a production mill machine of approximately five hundred (500) milligrams and the transverse axis of emission from the production mill machine of approximately eight hundred (800) milligrams.

9. The self supporting pleated fluid filter medium of claim 1, wherein said filter medium blend has the downstream side thereof with a greater concentration of zero (0) to forty (40) percent (%) one (1) denier fibers.

10. The self supporting pleated fluid filter medium of claim 1, including a frame member comprised of a body member having an inner perimeter defining a flow-through passage with a pleated filter medium covering said flow-through passage in sealing relation with said body member, said body member having further pleat support members extending therefrom said pleat support members nesting with the pleats of said pleated filter medium along one face of said pleated filter medium.

11. The self supporting pleated fluid filter medium of claim 10, said nesting pleat support members being preselectively truncated to nestingly engage the flanks of said pleats in preselected spaced relation from the crests of said pleats.

12. The self supporting pleated fluid filter medium of claim 10, wherein said body member includes spaced support strips, longitudinally extending from said body member transverse the crests of said pleated filter medium along the opposite face of said pleated filter medium.

13. The self supporting pleated fluid filter medium of claim 10, wherein said body member includes foldable side perimeter frame members.

14. A self supporting air filter medium including an upstream and downstream side comprising: a blend by weight of preselected fibers comprises approximately five (5) to fifty (50) percent (%) six (6) denier fibers, zero (0) to forty (40) percent (5) one (1) denier fibers, and thirty (30) to ninety five (95) percent (%) preselected low melt fibers having the downstream side of the filter medium blend with a greater concentration of zero (0) to (40) percent (%) one (1) denier fibers wherein said filter medium blend has a Gurley stiffness along any direction of medium in the approximate Gurley stiffness range of four hundred (400) to sixteen hundred (1600) milligrams.

* * * * *



FILED FOR DOCKETING
ED-7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

04 SEP -8 PM 2:31

CLERK
U.S. DISTRICT COURT

DOCKETED
SEP 0 9 2004

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

| | |
|---|---|
| **Plaintiff(s): AAF-MCQUAY, INC.** | **Defendant(s): FILTRATION GROUP, INCORPORATED** |
| County of Residence: | County of Residence: Will County |
| Plaintiff's Atty: David M. Frischkorn McDonnell Boehnen Hulbert & Berghoff 300 South Wacker Drive; Chicago, IL 60606 312-913-0001 | Defendant's Atty: |

# 04C 5863

II. Basis of Jurisdiction:     **3. Federal Question (U.S. not a party)**

JUDGE NORGLE

MAGISTRATE JUDGE LEVIN

III. Citizenship of
Principal Parties (**Diversity
Cases Only**)

        Plaintiff:- **N/A**
        Defendant:- **N/A**

IV. Origin :          **1. Original Proceeding**

V. Nature of Suit:      **830 Patent**

VI. Cause of Action:      **This is a patent infringement action arising under 35 U.S.C. Sections 1 et seq.**

VII. Requested in
Complaint

        Class Action: **No**
        Dollar Demand:
        Jury Demand: **Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

1-2

**Signature:** _____

**Date:** _____9/8/04_____

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**          **Revised: 06/28/00**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**DOCKETED**

SEP 0 9 2004

In the Matter of

AAF-MCQUAY, INC. D/B/A AAF INTERNATIONAL

v.

Case Number: **04C 5863**

FILTRATION GROUP, INCORPORATED

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR

JUDGE NORGLE

Plaintiff, AAf-McQuay, Inc. D/B/A AAF International

MAGISTRATE JUDGE LEVIN

FILED FOR DOCKETING
04 SEP -8 PM 4:23
CLERK
U.S. DISTRICT COURT

| (A) | (B) |
|---|---|
| **SIGNATURE** | **SIGNATURE** |
| **NAME** | **NAME** David M. Frischkorn |
| **FIRM** | **FIRM** McDonnell Boehnen Hulbert & Berghoff LLP |
| **STREET ADDRESS** | **STREET ADDRESS** 300 S. Wacker Drive |
| **CITY/STATE/ZIP** | **CITY/STATE/ZIP** Chicago, Illinois 60606 |
| **TELEPHONE NUMBER** / **FAX NUMBER** | **TELEPHONE NUMBER** 312/913-0001 / **FAX NUMBER** 312/913-0002 |
| **E-MAIL ADDRESS** | **E-MAIL ADDRESS** frischkorn@mbhb.com |
| **IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)** | **IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)** 06201126 |
| **MEMBER OF TRIAL BAR?** YES ☑ NO ☐ | **MEMBER OF TRIAL BAR?** YES ☑ NO ☐ |
| **TRIAL ATTORNEY?** YES ☑ NO ☐ | **TRIAL ATTORNEY?** YES ☑ NO ☐ |
|  | **DESIGNATED AS LOCAL COUNSEL?** YES ☑ NO ☐ |

| (C) | (D) |
|---|---|
| **SIGNATURE** | **SIGNATURE** |
| **NAME** S. Richard Carden | **NAME** |
| **FIRM** McDonnell Boehnen Hulbert & Berghoff LLP | **FIRM** |
| **STREET ADDRESS** 300 S. Wacker Drive | **STREET ADDRESS** |
| **CITY/STATE/ZIP** Chicago, Illinois 60606 | **CITY/STATE/ZIP** |
| **TELEPHONE NUMBER** 312/913-0001 / **FAX NUMBER** 312/913-0002 | **TELEPHONE NUMBER** / **FAX NUMBER** |
| **E-MAIL ADDRESS** carden@mbhb.com | **E-MAIL ADDRESS** |
| **IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)** 6269504 | **IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)** |
| **MEMBER OF TRIAL BAR?** YES ☐ NO ☑ | **MEMBER OF TRIAL BAR?** YES ☐ NO ☐ |
| **TRIAL ATTORNEY?** YES ☑ NO ☐ | **TRIAL ATTORNEY?** YES ☐ NO ☐ |
| **DESIGNATED AS LOCAL COUNSEL?** YES ☑ NO ☐ | **DESIGNATED AS LOCAL COUNSEL?** YES ☐ NO ☐ |